# Weekly Report of NEW CASES DOCKETED

## NEW CASES DOCKETED

Bradfield et v. Fowler.......................... 19890
Bradfield et v. Barnesville (Vil.)................ 19891
Burgy et v. Dane et............................ 19880
Butsch, Ex. Parte.............................. 19888
Columbus Ry. P. & L. Co. v. Pub. U. C......... 19878
Flint v. Scioto Val. Ry. & P. Co................ 19892
Friedburg et v Lea. et......................... 19889
Gibbons Supply Co. v. Coleman................. 19886
Gilmore v. Indust. Com........................ 19885
Harbine v. Davis............................... 19882
Harbine v. Elsman et.......................... 19881
Helmbold v. Helmbold.......................... 19884
Hoyo v. State................................. 19883
Jankowski et v. Fitzsimmons et................. 19887
Peoples Ry. Co. v. Spindler.................... 19894
Rice et v. Holloway (Vil.)...................... 19879
Shirwer et v. Stone et......................... 19893

### JUNE 9, 1926

19878—Columbus Power & Light Co. v. Public Utilities Commission of Ohio: error to the Public Utilities Commission of Ohio; Johnson, Sharp, Schooler & Toland, Columbus, for deft.; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19879—Chas. H. Rice, et Village of Holloway, O.; motion for Belmont Appeals to certify. Walker & McKelvey, St. Clairville, for pltff.; Thornburg & Louis, St. Clairville, for deft.

19880—Cora B. Burgy et v. Ross T. Dane et, motion for Belmont Appeals to certify. Walker & Kelvey, St. Clairsville ,for pltffs; Thornburg & Lewis, St. Clairsville, for defts.

19881—John T. Harbine v. Elsman motion for Montgomery Appeals to certify. F. H. Dean and J. T. Harbine, Xenia, for pltff; H. E. Kreitzer Dayton, for defts.

19882—John T. Harbine v. Robert Davis; motion for Montgomery Appeals to certify. F. H. Dean and J. T. Harbine, Xenia, for pltff; A. H. Scharrer and O. J. Bard, Dayton, for defts.

### JUNE 10, 1926

19883—Joe. Hoyo v. State of Ohio- motion for Belmont Appeals to certify. Geo. C. McKelvey St. Clairsville, for pltff; H. Nutchel, St. Clairsville, for deft.

19884—Gustave G. Helmbold v. Mary Helmbold; motion for Lucas Appeals to certify. L. C. Feighner, Bucyrus and C. A. Meckl, Toledo, for pltff.; Conn & Holloway, Toledo, for deft.

19885—Katherine Gilmore v. Industrial Commission; motion for Lucas Appeals to certify. J. H. Boyd, Toledo, for pltff; C. C. Crabbe and R. R. Zurmehly, Toledo for deft.

19886—M. J. Gibbons Supply Co. v. H. and G. L. Coleman; motion for Montgomery Appeals to certify. Burkhart, Heald & Pickrel, Dayton, for pltff.; D. B. Van Pelt and C. W. Dale, Dayton, for defts.

### JUNE 11, 1926

19887—Wladyslaw Jankowski et v. Sam B. Fitzsimmons et motion for Cuyahoga Appeals to certify. F. E. Bruml, Cleveland, for pltff.; W. H. Munson, Wilkin, Cross & Daoust, Cleveland, for defts.

19888—Ex. Parte Andy Butsch; motion for Hamilton Appeals to certify. C. W. Smedley, Cincinnati, for pltff; C. M. Price, Cincinnati for deft.

19889—A Friedburg et v. Geo. A. Lea, et motion for Belmont Appeals to certify. Thornburg & Lewis, St. Clairsville, for pltff.; C. S. Sheppard, Cambridge and W. A. Chappell, Barnesville, for defts.

19890—Gibson Bradfield, et v. Wm. H. Fowler, motion for Belmont Appeals to certify its record. Thornburg & Lewis, St. Clairsville, for pltff.; J. L. Nichols, St. Clairsville, for defts.

19891—Gibson Bradfield, et v. Village of Barnesville; motion for Belmont Appeals to certify Thornsburg & Lewis, St. Clairsville, for pltff; J. H. Chaney, Barnesville, for deft.

19892—Ida Flint v. Scioto Valley & Power Co.; motion for Pickaway Appeals to certify. Abernethy & Simkin, Circleville, for pltff.; Chas Gerhardt and O. W. Newman, Columbus, for deft.

### JUNE 12, 1926

19893—J. A. Shirwer et v. B. P. Stone et motion for Adams Appeals to certify. Blair & Blair, Portsmouth, for pltff.; C. F. Denning, Cincinnati, D. O. Morrow, Hillsboro, E. S. Young, A. H. Holderness, Manchester, for defts.

### JUNE 14, 1926

19894—Peoples Co. v. Sue Spindler; motion for Montgomery Appeals to certify. McMahon, Corwin & Landis, Dayton, for pltff.; Mattern, Brumbangh & Mattern, Dayton, for deft.

# PROCEEDINGS OF SUPREME COURT

## MOTION DOCKET

Aston v. Hauch.................................. 19752
Breer Co. v. Loop.............................. 19862
Det. Tol. & I. Rd. Co. v. Bauer................. 19785
Evans, Treas, v, Hellwarth...................... 19776
East. State Pub. Ser. Co. v. Harden............. 19760
Fire Ass'n of Phila. v. Agresta................. 19763
Malbin Bros. Co. v. Schwartz................... 19772
McKenzie v. Indust. Com....................... 19731
Rugg v. Drumgold.............................. 19764
Schlenker v. Fernden et........................ 19784
Van Sickle v. Salhany.......................... 19761

19731—Mathew F. McKenzie v. Industrial Com. Motion for Franklin Appeals to certify. Overruled. Dock. 3-30-26; 4 Abs. 223.

19752—Harvey John Aston v. Henry Hauch, administrator. Motion for Hamilton Appeals to certify. Overruled. Dock. 4-7-26; 4 Abs. 255; OA. 4 Abs. 319.

19760—Eastern State Pub. Ser. Com. v. Reeve Harden. Motion for Franklin Appeals to certify. Overruled. Dock. 4-10-26; 4 Abs. 255.

19761—Frank Van Sickle v. Essa Salhany. Motion for Summitt Appeals to certify. Overruled. Dock. 4-10-26 ;4Abs. 255.

19762—W. F. Breer Co. v. Iya. M. Loop. Motion for Lucus Appeals to certify. Overruled. Dock 4-10-26; 4 Abs. 255.

19763—Fire Ass'n of Philadelphia v. Joseph Agresta. Motion for Ashtabula Appeals to certify. Allowed. Dock. 4-10-26 ;4Abs. 255.

19764—Florence W. Rugg v. John H. Drumgold. Motion for Ottawa Appeals to certify. Overruled. Dock. 4-12-26; 4 Abs. 255.

19772—Malbin Bros. Co. v. M. A. Schwartz. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 4-14-26; 4 Abs. 274.

19776—S. T. Evans, treas. v. David Hellwarth. Motion for Mercer Appeals to certify. Overruled. Dock. 4-16-26; 4 Abs. 274.

19784—Nellie Schlenker v. Stanley George Fernden et Motion for Hamilton Appeals to certify. Overruled. Dock. 4-21-26; 4 Abs. 284.

19785—Det. Tol. & Iron. Rd. v. Vennie A. Bauer, executrix. Motion for Clark Appeals to certify. Overruled. Dock. 4-22-26; 4 Abs. 284; OS. Pend. 2 Abs. 408.